FILED
2018 Apr-06  PM 02:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **Deane Franklin,** | ) |
| **Plaintiff,** | ) |
| | ) **Civil Action No.:** |
| v. | ) **17-cv-00477AKK** |
| **Midland Funding, LLC;** *et al.*, | ) |
| **Defendants.** | ) |

## NOTICE OF SETTLEMENT

Plaintiff Deane Franklin and Defendants Midland Funding, LLC and Midland Credit Management, Inc. (collectively, "Midland") notify the Court that they intend to settle their dispute and respectfully request that the Court suspend all deadlines and allow the Parties sixty (60) days to finalize settlement documentation, after which Plaintiff will file a dismissal of all claims against Midland with prejudice. After selecting a mediator and notifying the Court of their selection—but prior to the mediation occurring—Plaintiff and Midland agreed to settle their dispute, removing the need for the mediation to occur. Plaintiff and Midland believe that a sixty day (60) suspension of all deadlines will be sufficient to complete and execute all necessary settlement documentation and for Plaintiff to file the dismissal referenced above. This notice and request is not made for the purposes of delay or any other improper reason. Rather, this notice and extension

will facilitate final and amicable resolution of this matter.

    Respectfully submitted, this the 6th day of April, 2018.

| | |
|---|---|
| By permission: | /s/ Jonathan P. Hoffmann |
| /s/ John Hubbard | Jason B. Tompkins |
| John C. Hubbard | Jonathan P. Hoffmann |
| John C. Hubbard, LLC | BALCH & BINGHAM LLP |
| PO Box 953 | Post Office Box 306 |
| Birmingham, Alabama 35201 | Birmingham, Alabama 35201 |
| jch@jchubbardlaw.com | Tel (205) 226-8757 |
| | Email: jtompkins@balch.com |
| W. Whitney Seals | Email: jhoffmann@balch.com |
| Pate & Cochrun LLP | |
| PO Box 10448 | *Attorneys for Midland Funding, LLC* |
| Birmingham, AL 35202 | *and Midland Credit Management, Inc.* |
| whitney@plc-law.com | |

*Attorneys for Deane Franklin*