IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEANE FRANKLIN,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) 17-CV-00477-AKK |
| **MIDLAND FUNDING LLC; ET AL,** | ) ) ) ) |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Deane Franklin, Defendant Midland Funding LLC and Defendant Midland Credit Management, Inc., pursuant to Fed. R. Civ. P. 41, and hereby jointly request this Honorable Court dismiss all Plaintiff's claims against Defendants Midland Funding LLC and Midland Credit Management, Inc., with prejudice, with the Parties to bear their own attorney's fees, costs and expenses.

John C. Hubbard
JOHN C. HUBBARD, LLC
P.O. Box 953
Birmingham, AL 35203

Jason B Tompkins
Balch & Bingham LLP

1901 Sixth Avenue North
Suite 1500
Birmingham, AL 35203-4642