FILED
2018 May-23  AM 10:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DEANE FRANKLIN,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**MIDLAND FUNDING, LLC, et al.,** )<br>)<br>Defendants. )<br>) | Civil Action Number<br>**2:17-cv-00477-AKK** |

## ORDER

Pursuant to the Joint Stipulation of Dismissal, doc. 28, the court's order of April 19, 2018, doc. 27, is **REVISED** to reflect that this matter is now **DISMISSED WITH PREJUDICE**.

**DONE** the 23rd day of May, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE